UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JOHN EDWARD GILCREASE, SR. | CIVIL ACTION NO. 20-cv-707 SEC P |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| DEP CROSS, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that Defendants' Motion for Summary Judgment (Doc. 15) be granted and that all claims against all defendants be dismissed with prejudice.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 8th day of September, 2021.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE